UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **NOTICE OF MOTION** |
| LAMONT EVANS, et al., | 17 CR 684 (ER) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that, upon the accompanying Affirmation of Jeffrey Lichtman, duly sworn to on the 3th day of December, 2018, the exhibits annexed thereto, and the Memorandum of Law submitted herewith, defendants ANTHONY BLAND, LAMONT EVANS, EMANUEL RICHARDSON, CHRISTIAN DAWKINS and MERL CODE, will move this Court, before the Honorable Edgardo Ramos, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York, on April 22, 2019 at 10:00 a.m., or at a date set by the Court, for an Order:

    I.      Requiring the government to provide certain particulars concerning the charged offenses;

    II.     Compelling the government to turn over relevant discovery;

    III.    Requiring the government to provide early Brady/Giglio disclosure; and

IV.	Granting such other relief this Court deems just and proper.

Dated:	New York, New York
	December 3, 2018

				Respectfully submitted,


**NEXSEN PRUET LLC**

By: /s/ Mark. C. Moore
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211
*Attorneys for Defendant Merl Code*

**HANEY LAW GROUP PLLC**

By: /s/ Steven A. Haney
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470
*Attorneys for Defendant Christian Dawkins*

**BARNES AND THORNBURG, LLP**

By: /s/ William R. Martin
William R. Martin
1717 Pennsylvania Ave
Suite 500
Washington, DC 20006
(202) 465-8422
*Attorneys for Defendant Lamont Evans*

**LAW OFFICES OF JEFFREY LICHTMAN**

By: /s/ Jeffrey H. Lichtman
Jeffrey H. Lichtman
Jeffrey B. Einhorn
11 E. 44th Street, Ste. 501
New York, New York 10017
(212) 581-1001
*Attorneys for Defendant Anthony "Tony" Bland*

**MORDOCK BARBER, LLC**

By: /s/ Craig J. Mordock
Craig J. Mordock
7611 Maple Street, Suite A3
(504) 304-2335
*Attorneys for Defendant Emanuel "Book" Richardson*

TO:
**ELI MARK, ESQ.**
**NOAH SOLOWIEJCZYK, ESQ.**
**ROBERT BOONE, ESQ.**
Assistant United States Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Clerk of Court (ER)