

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2019

> The application is  X  granted
> _____ denied
>
> /s/ Edgardo Ramos
>
> Edgardo Ramos, U.S.D.J
> Dated: 3/29/2019
> New York, New York

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Christian Dawkins and Merl Code, S1 17 Cr. 684 (ER)

Dear Judge Ramos:

The Government writes to request that the Court enter a pre-trial scheduling order for motions in limine, requests to charge, and voir dire, in advance of the trial scheduled to begin on April 22, 2019. The Government proposes the following dates:

| | |
|---|---|
| Motions in Limine Due: | April 5, 2019 |
| Responses to Motions in Limine Due: | April 12, 2019 |
| Voir Dire Due: | April 15, 2019 |
| Replies in Support of Motions in Limine Due: | April 16, 2019 |
| Requests to Charge Due: | April 17, 2019 |

The Government has conferred with defense counsel, and defense counsel consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/
Robert L. Boone/Noah Solowiejczyk
Eli J. Mark
Assistant United States Attorneys
(212) 637-2208/2473/2431

cc: Defense counsel (by ECF)