**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2019

**By ECF and Email**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

>    Re:    *United States v. Christian Dawkins and Merl Code*,
>           No. S1 17 Cr. 684 (ER)

Dear Judge Ramos:

   The Government requests that Your Honor allow us to arrange for the provision of secure high-speed wired Internet access in the courtroom. The secure Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective and efficient presentation of evidence. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

   Subject to your approval, we will retain Courtroom Connect to provide these services. Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is 100% independent of the Court's internal network. Set up, installation and service fees will be paid for by the Government at no cost to the Court.

   The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance and other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel.

Many trials in federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom.

If Your Honor is agreeable to these arrangements, the Government respectfully requests that the Court endorse the enclosed order permitting us to proceed. Please let us know if you have any questions. Thank you for your consideration.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Robert L. Boone / Noah Solowiejczyk / Eli J. Mark
Assistant United States Attorneys
(212) 637-2208 / 2473 / 2431

cc: All Counsel of Record
    (by email)