# **EXHIBIT B**

# INDEX

1. SDNY_00004936-261-001. June 20, 2017 telephone call between Mr. Dawkins and Munish Sood.[1] Audio excerpt from time stamp 00:20 – 01:55.

2. SDNY_00004936-542-001. June 21, 2017 telephone call between Mr. Dawkins and Mr. Code. Audio excerpt from time stamp 00:22 – 01:19.

3. SDNY_00004936-1824-001. June 26, 2017 telephone call between Mr. Dawkins and UC-1. Audio excerpt from time stamp 00:22 – 15:31.

4. SDNY_00004936-2212-001. June 28, 2017 telephone call between Mr. Dawkins and UC-1. Audio excerpt from time stamp 04:15 – 11:09.

5. SDNY_00004936-2275-001. June 28, 2017 telephone call between Mr. Dawkins and Mr. Code (Excerpt #1). Audio excerpt from time stamp 00:15 – 02:42.

6. SDNY_00004936-2275-001. June 28, 2017 telephone call between Mr. Dawkins and Mr. Code (Excerpt #2). Audio excerpt from time stamp 06:15 – 06:36.

7. SDNY_00004936-3408-001. July 5, 2017 telephone call between Mr. Dawkins and Mr. Code. Audio excerpt from time stamp 06:50 – 07:58.

8. SDNY_00004936-3909-001. July 8, 2017 telephone call between Mr. Dawkins and Mr. Code. Audio excerpt from time stamp 02:00 – 04:55.

9. SDNY_00009891-172-001. July 10, 2017 telephone call between Mr. Code, Munish Sood, and UC-1. Audio excerpt from time stamp 09:59 – 11:56.

10. SDNY_00001161-150-001. August 8, 2017 telephone call between Mr. Code and Munish Sood.  Audio excerpt from time stamp 03:44 – 04:47.

---

[1] In Defendants' original Motion, this telephone call was inadvertently mislabeled. The label used here is correct.