

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 14, 2019

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Dawkins and Code,*
             No. S1 17 Cr. 684 (ER)

Dear Judge Ramos:

     The Government writes to request that the Court order the presentencing investigation and presentence reports for defendants Christian Dawkins and Merl Code, and to set a sentencing date. Attorneys for the Government are available for sentencing anytime except August 1-9, 2019.

                                         Respectfully submitted,

                                         GEOFFREY S. BERMAN
                                         United States Attorney

                       By:   ___/s/_____
                                       Robert L. Boone/Noah Solowiejczyk
                                       Eli J. Mark
                                       Assistant United States Attorneys
                                       (212) 637-2208/2473/2431

cc:     Defense Counsel (by ECF)