

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 14, 2019

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Sentencing will be held on August 15, 2019, at 10:00 a.m. for Mr. Dawkins, and at 11:00 a.m. for Mr. Code. PSI ordered.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/15/2019__
> New York, New York

Re: *United States v. Dawkins and Code,*
No. S1 17 Cr. 684 (ER)

Dear Judge Ramos:

    The Government writes to request that the Court order the presentencing investigation and presentence reports for defendants Christian Dawkins and Merl Code, and to set a sentencing date. Attorneys for the Government are available for sentencing anytime except August 1-9, 2019.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: ___/s/_____
    Robert L. Boone/Noah Solowiejczyk
    Eli J. Mark
    Assistant United States Attorneys
    (212) 637-2208/2473/2431

cc: Defense Counsel (by ECF)