USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/7/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA     :

    -v.-     :

CHRISTIAN DAWKINS and     :  **Verdict Sheet**
MERL CODE,
                                                                                      S1 17 Cr. 684 (ER)

        Defendants.     :

      :

------------------------------------- x

**PLEASE CHECK (√) EACH ANSWER**
**The Jury's verdict must be unanimous on each question**

<u>COUNT ONE:</u>       **Conspiracy to Commit Bribery**

As to Count One, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

        GUILTY __X__        NOT GUILTY_____

As to Count One, how do you find the defendant, MERL CODE, guilty or not guilty?

        GUILTY __X__        NOT GUILTY_____

<u>COUNT TWO:</u>       **Bribery**

As to Count Two, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

        GUILTY __X__        NOT GUILTY_____

As to Count Two, how do you find the defendant, MERL CODE, guilty or not guilty?

        GUILTY _____        NOT GUILTY __X__

COUNT SIX: **Conspiracy to Violate the Travel Act**

As to Count Six, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

GUILTY _____ NOT GUILTY __X__

As to Count Six, how do you find the defendant, MERL CODE, guilty or not guilty?

GUILTY _____ NOT GUILTY __X__

**[Proceed to sign the verdict sheet.]**

Dated: New York, New York
       May 8, 2019

_____
Signature of Foreperson

Chloe Demnovsky
Print name