

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Evans et al., 17 Cr. 684 (ER)

Dear Judge Ramos:

    The Government writes to request that the Court set a surrender date for defendants Christian Dawkins and Merl Code. The Court previously granted Dawkins and Code bail pending appeal. On June 4, 2021, the United States Court of Appeals for the Second Circuit affirmed the convictions of both defendants. On June 25, 2021, the defendants moved before the Second Circuit to stay the mandate pending the filing of a petition for a writ of certiorari. On July 9, 2021, the Second Circuit denied the motion to stay the mandate and the judgment mandate issued that same day. *See* 17 Cr. 684, Dkt. No. 334. Now that the appeal has been decided and the judgment mandate has issued, the Government respectfully requests that the Court set a surrender date for both defendants Dawkins and Code.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:   */s/ Robert L. Boone*
    _____
    Robert L. Boone
    Noah Solowiejczyk
    Eli J. Mark
    Assistant United States Attorneys
    (212) 637-2208/2473/2431

cc: Defense counsel (by ECF)